UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| James Bernard Addison, | ) | C/A No.   4:12-cv-02543-RBH-KDW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | REPORT AND RECOMMENDATION |
| Chesterfield County Sheriff Dept., Investigator Wayne Jordan, | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Default Judgment filed on May 16, 2013. ECF No. 55. In support of his motion, Plaintiff contends that Defendants failed to comply with the court's May 13, 2013 deadline for filing dispositive motions. *Id.* Defendants oppose Plaintiff's motion arguing that their Motion for Summary Judgment was timely filed on May 13, 2013. ECF No. 56. To the extent Plaintiff is alleging that Defendants failed to properly respond to this court's order, a default judgment is not the appropriate remedy. Further, Plaintiff has failed to set forth any ground sufficient for an entry of default as parties are not required to file motions for summary judgment; however, Defendants' Motion for Summary Judgment was timely filed. *See* ECF Nos. 47, 50. Based on the foregoing, it is recommended that the Plaintiff's Motion for Default Judgment, ECF No. 55, be DENIED.

IT IS SO RECOMMENDED.

May 31, 2013
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge